ESTHER S. STANFIELD, as Administratrix of the Estate of FREDERICK STANFIELD, Deceased, Appellant, *v.* TOWN OF HAMBURG, Respondent.

*Stanfield* v. *Town of Hamburg*, 145 App. Div. 905, affirmed.
(Argued March 26, 1912; decided April 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 15, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant's highway commissioner.

*Willard H. Ticknor* for appellant.

*Fred J. Blackmon* and *Albert L. Stratemeier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.